UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY BLUE,

        Plaintiff,

   - against -                                **ORDER**

CITY OF NEW YORK, et al.,                14-CV-7836 (VSB) (KNF)

        Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The parties' time to comply with the Court's May 13, 2020 order, Docket Entry No. 133, is enlarged from June 1, 2020, to June 10, 2020   This order addresses Docket Entry No. 136.

Dated:  New York, New York        SO ORDERED:
          May 28, 2020

                                            */s/ Kevin Nathaniel Fox*
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE