Anthony Blue
#15A4723
Clinton Correctional Facility
P.O. Box 2002
Dannemora, New York 12929

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 27 AM 10: 03

October 21, 2020

United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Pro Se Office Rm. 230
New York, N.Y. 10007

This case has been closed and this Court therefore no longer has jurisdiction. Nevertheless, I request that the City of New York respond directly to Plaintiff and address the issues raised in his letter. So ordered. The Clerk's Office is directed to mail a copy of this endorsed letter to the pro se plaintiff.

SO ORDERED:

*Vernon Broderick*
HON. VERNON S. BRODERICK  10/28/2020
UNITED STATES DISTRICT JUDGE

Re: Anthony Blue v. City of New York, et al., No. 14-CV-7836 (VSB)

Dear Clerk of Court:

On June 11, 2020 I agreed to and signed a stipulation of settlement in this instant action. Assigned pro bono counsel also did the same on my behalf on June 17, 2020, with city counsel. On July 7, 2020 Hon. Vernon S. Broderick signed the order and it was filed as document 141 and 142.

To this date I have not received the agreed upon payment.

①

I wrote to assigned counsel inquiring about this. On August 3, 2020 I received what I believe was a final letter stating that the city lawyers were provide with my current address and confirmed that they directed the Comptroller to mail a check directly to me and that if I do not receive it by the end of August, I should submit an inquiry. I did to both, City Counsel and the Comptroller a month ago. Neither has responded to my inquiries.

At this time I am requesting information as to how to resolve this issue in the form of enforcement of settlement or any other legal steps in this process.

Thank you for you time and consideration in this matter.

Respectfully,

Anthony Blue

②

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2002
DANNEMORA, NEW YORK 12929

NAME: Blue, Anthony    DIN: 15AH723

RECEIVED
OCT 27 2020
PRO SE OFFICE

Clinton
Correctional Facility

NEOPOST 10/22/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 12929
041M11274229

United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Pro Se Office Rm. 230
New York, N.Y. 10007